# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA GALAINI, LAURA MAHONEY, JACQUELINE DEMONTIGNY RAUH, LAUREN SIMS, GINGER ICONOS-WATKINS, and JOAN HAYDEN,<br><br>      **Plaintiffs,**<br>  v.<br><br>HOLOGIC, INC.,<br><br>      **Defendant.** | Case No. |

## NOTICE OF RELATED CASE PURSUANT TO LR 40.1(g)(1)

1. Six plaintiffs filed a complaint for damages in the State Court of Massachusetts alleging a medical device, BioZorb, manufactured by Hologic, Inc. ("Defendant") caused them to suffer personal injuries.

2. Defendant "snap removed" the complaint on November 10, 2022 and the case was assigned to Judge Burroughs on the same day under case number 1:22-cv-11895-ADB.

3. Plaintiffs filed an amended complaint and consent to removal on December 9, 2022.

4. On December 23, 2022, a related case was filed and assigned to Judge Burroughs under case number 1:22-cv-12194-ADB.

5. On January 31, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10260-ADB.

6. On March 15, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10579-ADB.

7. On March 17, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10599-ADB.

8. On April 4, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10717-ADB.

9. On April 25, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10888-ADB.

10. On May 8, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-11012-ADB.

11. On July 6, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-11512-ADB.

12. On August 10, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-11823-ADB.

13. On August 30, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12011-ADB.

14. On October 3, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12278-ADB.

15. On October 20, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12458-ADB.

16. On November 3, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12651-ADB.

17. On November 7, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12687-ADB.

18. On November 21, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-12833-ADB.

19. On December 28, 2023, a related case was filed and assigned to Judge Burroughs under case number 1:23-cv-13215-ADB.

20. On March 29, 2024, a related case was filed and assigned to Judge Burroughs under case number 1:24-cv-10823-ADB.

21. The case filed today is related to case numbers 1:22-cv-11895-ADB, 1:22-cv-12194-ADB, 1:23-cv-10260-ADB, 1:23-cv-10579-ADB, 1:23-cv-10599-ADB, 1:23-cv-10717-ADB, 1:23-cv-10888-ADB, 1:23-cv-11012-ADB, 1:23-cv-11512-ADB, 1:23-cv-11823-ADB, 1:23-cv-12011-ADB, 1:23-cv-12278-ADB, 1:23-cv-12458-ADB, 1:23-cv-12651-ADB, 1:23-cv-12687-ADB, 1:23-cv-12833-ADB, and 1:23-cv-13215-ADB because it involves the same defendant and the same or substantially similar issues of fact.

Dated: July 25, 2024

Respectfully Submitted,

*/s/ John Roddy*

John Roddy (BBO # 424240)
Elizabeth Ryan (BBO # 549632)
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Tel.: 617.439.6730
Fax: 617.951.3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

Christina D. Crow (to be admitted *pro hac vice*)
Lisa Littell (to be admitted *pro hac vice*)
**JINKS CROW PC**
219 Prairie Street North, P.O. Box 350
Union Springs, AL 36089
Tel.: 334.738.4225
Fax: 334.738.4229

christy.crow@jinkslaw.com
lisa.littell@jinkslaw.com

C. Moze Cowper (to be admitted *pro hac vice*)
**COWPER LAW PC**
12301 Wilshire Blvd., Ste. 303
Los Angeles, CA 90025
Tel.: 877.529.3707
Fax: 877.284.0980
mcowper@cowperlaw.com

***Attorneys for Plaintiffs***